**TURNERS FALLS POWER & ELECTRIC COMPANY, Petitioner for Review, v. COMMISSIONER OF INTERNAL REVENUE.**

Circuit Court of Appeals, First Circuit.
October 25, 1928.

No. 2270.

Howard W. Brown, of Boston, Mass., for petitioner for review.

Mabel Walker Willebrandt, Asst. Atty. Gen., C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Thomas P. Dudley, Jr., Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for Commissioner.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. Upon confession of error and consent to judgment filed on behalf of the Commissioner of Internal Revenue, it is ordered, adjudged, and decreed as follows: The order of redetermination of the Board of Tax Appeals is reversed, and the case is remanded to said Board of Tax Appeals for further proceedings in accordance with said confession of error and consent to judgment.